ALBERT HANDEL, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. THE BOARD OF COMMISSIONERS OF THE CITY OF JERSEY CITY, DEFENDANT-PETITIONER.

*Mr. Ezra L. Nolan, Mr. Murray Greiman* and *Mr. Louis P. Caroselli* for the petitioner.

*Messrs. Weltchek & Weltchek* and *Mr. Ernest Prupis* for the respondents.

January 12, 1959. Denied.

LOUIS KURZROCK, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. THE TOWN OF WEST NEW YORK, DEFENDANT-PETITIONER.

*Mr. Samuel L. Hirschberg* for the petitioner.

*Messrs. Weltchek & Weltchek* and *Mr. Ernest Prupis* for the respondents.

January 12, 1959. Denied.